This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**JAKE WILSON and BRIAUN PRICHARD, Individually and as next friend for CORBEN PHOENIX, a minor,**

  Plaintiffs-Appellants,

v.                                     NO. A-1-CA-37165

**CITY OF ALBUQUERQUE,**

  Respondent-Appellee,

and

**COUNTY OF BERNALILLO and STATE OF NEW MEXICO HIGHWAY AND TRANSPORTATION DEPARTMENT,**

  Defendants.

**APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY Valerie A. Huling, District Judge**

Crowley & Gribble, P.C.
Clayton E. Crowley
Albuquerque, NM

for Appellants

Office of the City Attorney

Jessica M. Hernandez, City Attorney
Jessica Lynn Nixon, Assistant City Attorney
Albuquerque, NM

**MEMORANDUM OPINION**

**VIGIL, Judge.**

{1}     Summary dismissal was proposed for the reasons stated in the notice of proposed summary disposition.  No memorandum opposing summary dismissal has been filed and the time for doing so has expired.

{2}     **DISMISSED.**

{3}     **IT IS SO ORDERED.**

_____
**MICHAEL E. VIGIL, Judge**

**WE CONCUR:**

_____
**JULIE J. VARGAS, Judge**

_____
**HENRY M. BOHNHOFF, Judge**